## YOUNG et al. v. ENGLAND BROS.

No. 4561. Opinion Filed June 8, 1915.

(149 Pac. 1144.)

**APPEAL AND ERROR—Failure to File Brief—Reversal.** When a defendant in error fails to file a brief, and assigns no reason for this failure, if upon examination of the record and brief of the plaintiff in error it appears that the grounds for reversal urged by the plaintiff in error are reasonably sustained by his brief. the cause will be reversed.

(Syllabus by Brett, C.)

*Error from District Court, Craig County;*

*Preston S. Davis, Judge.*

Action by England Bros. against J. W. Young and others. Judgment for plaintiffs, and defendants bring error. Reversed and remanded.

*George B. Denison,* for plaintiffs in error.

Opinion by BRETT, C. This is an appeal from an order of the district court of Craig county striking certain motions and plea in intervention of the plaintiffs in error from the files, and rendering judgment in favor of the defendants in error.

The defendants in error have filed no brief, and assign no reason for their failure to do so, although the brief of the plaintiffs in error was duly served on them. The plaintiffs in error have filed an elaborate brief, which seems to reasonably sustain their contention.

We, therefore, recommend that the order striking the motions and plea in intervention from the files and the final judgment appealed from be reversed, and the cause remanded, with instruction to hear said motions and plea of intervention upon their merits.

By the Court: It is so ordered.